UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHARRIFF DYER,

    Plaintiff,

-v-

PEOPLE DRIVEN CREDIT UNION,

    Defendant.

USDC Case No. 2:15-cv-12763
36th DC Case No. 15-201550

---

## PEOPLE DRIVEN CREDIT UNION'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, PEOPLE DRIVEN CREDIT UNION, ("PDCU") hereby removes the subject action from the 36th District Court, Michigan, to the United States District Court for the Eastern District of Michigan, on the following grounds:

1. Plaintiff, Sharriff Dyer, served PDCU on or about August 4, 2015, with an Affidavit and Claim - Small Claims filed in the 36th District Court, Michigan. A copy of the Affidavit and Claim is attached hereto as **Exhibit A**. No other process, pleadings, or orders have been served on PDCU.

2. Plaintiff makes claims under, alleges that PSCU violated, and alleges that PSCU is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). [Exhibit A ¶ 9].

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.     Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the 36th District Court, Michigan, to the United States District Court for the Eastern District of Michigan.

5.     Notice of this removal will be promptly filed with the 36th District Court, Michigan, and served on the Plaintiff.

WHEREFORE, Defendant, PEOPLE DRIVEN CREDIT UNION, by its counsel, removes the subject action from the 36th District Court, Michigan to the United States District Court, Eastern District of Michigan.

Respectfully submitted,

Dated: August 6, 2015

/s/Patricia Corkery
HOLZMAN CORKERY, PLLC
CHARLES J. HOLZMAN (P35625)
PATRICIA CORKERY(P55687)
28366 Franklin Rd.
Southfield, MI 48034
(248)352-4340
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, I electronically filed the foregoing with the Clerk of this Court using the ECF system, and that I have served a copy of same upon Sharriff Dyer, 43311 Joy Rd., #274, Canton, MI 48187, via first class mail.

/s/Jennifer Kreft
Paralegal

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

Approved, SCAO

| STATE OF MICHIGAN 36TH JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. 15201558 |

Court address
421 MADISON, DETROIT MICHIGAN 48226

Court telephone no.

See instructions on the back of plaintiff and defendant copies.

1. SHARRIFF DYER
   Plaintiff
   43311 JOY RD #274
   Address
   CANTON, MI, 48187     (248) 895-9348
   City, state, zip     Telephone no.

2. PEOPLE DRIVEN CREDIT UNION
   Defendant
   24333 LAHSER
   Address
   SOUTHFIELD, MI 48033
   City, state, zip     Telephone no.

**NOTICE OF HEARING**
For Court Use Only

The plaintiff and the defendant must be in court on
Day 8:06am   Date 9/11/15
at Time _____ at ☐ the court address above.
☐ Location 340
Fee paid: $_____
Process server's name

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____.
   The action  ☐ remains  ☐ is no longer  pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☐ the plaintiff or his/her guardian, conservator, or next friend.  ☐ a partner.  ☐ a full-time employee of the plaintiff.

5. The plaintiff is  ☑ an individual.  ☐ a partnership.  ☑ a corporation.  ☐ a sole proprietor.  ☐ _____ Other

6. The defendant is  ☑ an individual.  ☐ a partnership.  ☐ a corporation.  ☐ a sole proprietor.  ☐ _____ Other

7. The date(s) the claim arose is/are JULY 24, 2015
   Attach separate sheets if necessary

8. Amount of money claimed is $ 5,500.00 . (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are VIOLATION OF THE Fair Credit Reporting Act and THE MICHIGAN CONSUMER PROTECTION ACT AND DECEPTIVE TRADE PRACTICES: (n) Causing a probability of confusion or of misunderstanding as to the legal rights, obligations, or remedies of a party to a transaction. #123207....

10. The plaintiff understands and accepts that the claim is limited to $5,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☑ is  ☐ is not  mentally competent. I believe the defendant ☑ is  ☐ is not  18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☐ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Subscribed and sworn to before me on 7/24/15 , _____ County, Michigan.
Signature _____

My commission expires: _____
   Date
Signature: _____ Deputy clerk/Notary public

Notary public, State of Michigan, County of _____

The defendant(s) must be served by 10/23/15 .
   Expiration date

DC 84 (12/14) AFFIDAVIT AND CLAIM, Small Claims     MCL 600.8401 et seq., MCR 4.30

EXHIBIT A